IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL P. OBERMILLER,

                                                              ORDER

                Plaintiff,

                                                         13-cv-813-bbc

    v.

WARNER, C, HSU Sup,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on March 27, 2014, I gave plaintiff Michael Obermiller a second opportunity to submit an amended complaint in this case addressing the deficiencies explained in the March 27 order. I gave plaintiff until April 17, 2014, in which to submit his proposed amended complaint. I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now well after the deadline, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Michael Obermiller's case is dismissed. The clerk of court is directed to enter judgment in favor of defendant and close this case.

      Entered this 29th day of April, 2014.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge