IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL P. OBERMILLER,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        13-cv-813-bbc

WARNER, C., HSU Sup.,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 4/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |